UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARCOS SANTISTEVAN, | ) | Case No. CV 09-7616-GHK(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated:  8/28/13

_____
George H. King
Chief United States District Judge